| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-10293 / MBK**

Erik W. Yakow  
Lisa M. Yakow

Petition Filed Date: 01/12/2023  
341 Hearing Date: 02/09/2023  
Confirmation Date: 04/12/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/2023 | $300.00 | 89914510 | 03/22/2023 | $300.00 | 90674060 | 04/27/2023 | $300.00 | 91325370 |
| 06/01/2023 | $355.00 | 91969960 | 07/12/2023 | $355.00 | 92710340 | 08/25/2023 | $355.00 | 93457310 |
| 10/06/2023 | $355.00 | 94196220 | 12/14/2023 | $355.00 | 95318340 | 12/26/2023 | $355.00 | 95478380 |
| 01/19/2024 | $355.00 | 95898850 | | | | | | |

**Total Receipts for the Period:  $3,385.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $3,385.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Erik W. Yakow | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ATTY DISCLOSURE/ORDER 5/25/23 | Attorney Fees | $3,467.00 | $1,690.28 | $1,776.72 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  COMENITY/VICTORIA'S SECRET | Unsecured Creditors | $231.30 | $0.00 | $231.30 |
| 2 | FROST ARNET AGT FOR ADV ENDO & SURGERY | Unsecured Creditors | $1,889.08 | $0.00 | $1,889.08 |
| 3 | NEW JERSEY TURNPIKE AUTHORITY | Unsecured Creditors | $5,715.90 | $0.00 | $5,715.90 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  COMENITY/FOREVER 21 | Unsecured Creditors | $153.01 | $0.00 | $153.01 |
| 5 | INTERNAL REVENUE SERVICE | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | U.S. BANK NATIONAL ASSOCIATION<br>»»  P/241 MIDLAND BLVD/1ST MTG/ORDER 4/28/2 | Mortgage Arrears | $65,002.07 | $0.00 | $65,002.07 |
| 8 | Verizon by American InfoSource as Agent | Unsecured Creditors | $392.97 | $0.00 | $392.97 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $3,880.84 | $0.00 | $3,880.84 |
| 10 | Jersey Shore Anesthesiology<br>»»  JUDGMENT/AVOID LIEN | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | U.S. BANK NATIONAL ASSOCIATION<br>»»  241 MIDLAND BLVD/ATTY FEES 6/15/23 | Mortgage Arrears | $1,238.00 | $0.00 | $1,238.00 |
| 0 | Marc C. Capone, Esq.<br>»»  ORDER 8/24/23 | Attorney Fees | $2,009.50 | $458.77 | $1,550.73 |

**Chapter 13 Case No. 23-10293 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,385.00 | Plan Balance: | $12,539.00 ** |
| Paid to Claims: | $2,149.05 | Current Monthly Payment: | $355.00 |
| Paid to Trustee: | $259.36 | Arrearages: | $410.00 |
| Funds on Hand: | $976.59 | Total Plan Base: | $15,924.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.