Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10293−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Erik W. Yakow
241 Midland Blvd
Howell, NJ 07731−1205

Lisa M. Yakow
241 Midland Blvd
Howell, NJ 07731−1205

Social Security No.:
xxx−xx−8835

xxx−xx−8537

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/28/24 at 09:00 AM

to consider and act upon the following:

**66** − Creditor's Certification of Default (related document:41 Consent Order) filed by Elizabeth L. Wassall on behalf of LEHMAN XS TRUST MORTGAGE PASS−THROUGH CERTIFICATES, SERIES2007−6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Ba. Objection deadline is 02/9/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Certification of Default # 4 Certification Post Petition Payment History # 5 Exhibit A− Filed Consent Order) (Wassall, Elizabeth)

Dated: 2/13/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Erik W. Yakow  
Lisa M. Yakow  
    Debtors

Case No. 23-10293-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: ntchrgbk | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Erik W. Yakow, Lisa M. Yakow, 241 Midland Blvd, Howell, NJ 07731-1205 |
| r | + | Michael Kavaler, Century 21 Mack-Morris Iris Lurie, 47 US Highway 9, Morganville, NJ 07751-1525 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| lm | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 21:03:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 13 2024 21:02:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 13 2024 21:03:00 | U.S. Bank National Association, as Trustee, succes, P.O. Box 619096, Dallas, TX 75261-9096 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 15, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 13, 2024 | Form ID: ntchrgbk | Total Noticed: 5 |

Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Aleisha Candace Jennings
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE ajennings@raslg.com

Charles G. Wohlrab
    on behalf of Creditor U.S. Bank National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com

Denise E. Carlon
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company, as Tr ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Ba ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marc C Capone
    on behalf of Joint Debtor Lisa M. Yakow ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Erik W. Yakow ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12