UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CXE 22-028485
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICANATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONALASSOCIATION, AS TRUSTEE FOR LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-6

| In Re: | Case No.: 23-10293-MBK |
|---|---|
| ERIK W. YAKOW AND LISA M. YAKOW,<br>　　　　　　　　　　　　　DEBTORS | Judge: HONORABLE MICHAEL B. KAPLAN<br><br>Chapter: 13 |

## CERTIFICATION OF CONSENT
## REGARDING CREDITOR'S CERTIFICATION OF DEFAULT

　　　　I certify that with respect to the Consent Order Resolving Creditor's Certification of Default submitted to the Court, the following conditions have been met.

　　　　(a)　　The terms of the consent order are identical to those set forth in the original consent order;

　　　　(b)　　The signatures represented by the /s/ on the consent order reference the signatures of consenting parties obtained on the original consent order;

　　　　(c)　　I will retain the original consent order for a period of 7 years from the date of closing of the case or adversary proceeding.

　　　　(d)　　I will make the original consent order available for inspection on request of the Court or any party in interest; and

<u>Final paragraph options:</u>

☐ (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/    )

Date:  2-21-2024                                    /s/Elizabeth L. Wassall
                                                                Elizabeth L. Wassall, Esquire