**GILLMAN, BRUTON & CAPONE, LLC**
Marc C. Capone, Esq.
60 Highway 71
Spring Lake Heights, NJ 07762
Telephone: (732) 661-1664/(732) 528-1166
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on May 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>Erik and Lisa Yakow,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 23-10293<br><br>Hearing Date: May 22, 2024<br><br>Judge:  Michael B. Kaplan |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: May 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4874-2538-6935, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Marc Capone_____, the applicant, is allowed a fee of $_____5,949.50_____ for services rendered and expenses in the amount of $_____50.00_____ for a total of $_____5,999.50_____. The allowance is payable:

☒ $  5,999.50    through the Chapter 13 plan as an administrative priority.

☒ $      0      outside the plan.

The debtor's monthly plan is modified to require a payment of $_____574.00_____ per month for ___20___ months beginning June 2024 to allow for payment of the above fee.

*rev.8/1/15*

4874-2538-6935, v. 1