UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 23-10293 |
| | Chapter: 13 |
| Erik and Lisa M. Yakow | Judge: Michael B. Kaplan |

## NOTICE OF PROPOSED PRIVATE SALE

Erik and Lisa M. Yakow, the Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on August 14, 2024 at 9:00AM a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 241 Midland Blvd
Howell, NJ 07731

Proposed Purchaser: Brewer Bridge Tsadik LLC, Moshe Borukhov

Sale price: $300,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Gillman Bruton & Capone/ Stacey DiGrande of Mack-Morris Iris Lurie |
| Amount to be paid: | $1,850.00/ $12,000.00 |
| Services rendered: | GBC has represented the Debtor through attorney review, prepare the necessary closing documents on behalf of the Debtor and represent her at closing.<br>Stacey DiGrande realtor- listed and showed the property to potential buyers. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Gillman, Bruton & Capone, LLC

Address: 60 Highway 71, Unit 2 Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*