UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Erik and Lisa M. Yakow

Case No.: 23-10293
Chapter: 13
Judge: Michael B. Kaplan

## NOTICE OF PROPOSED PRIVATE SALE

___Erik and Lisa M. Yakow___, ___the Debtors___, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Michael B. Kaplan___ on ___August 14, 2024___ at ___9:00AM___ a.m. at the United States Bankruptcy Court, courtroom no. ___8___, ___402 East State Street, Trenton, NJ___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 241 Midland Blvd
Howell, NJ 07731

Proposed Purchaser: Brewer Bridge Tsadik LLC, Moshe Borukhov

Sale price: $300,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Gillman Bruton & Capone/ Stacey DiGrande of Mack-Morris Iris Lurie |
| Amount to be paid: | $1,850.00/ $12,000.00 |
| Services rendered: | GBC has represented the Debtor through attorney review, prepare the necessary closing documents on behalf of the Debtor and represent her at closing.<br>Stacey DiGrande realtor- listed and showed the property to potential buyers. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Gillman, Bruton & Capone, LLC

Address: 60 Highway 71, Unit 2 Spring Lake Heights, NJ 07762

Telephone No.: 732-528-1166

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-10293-MBK
Erik W. Yakow  Chapter 13
Lisa M. Yakow
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf905 | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Erik W. Yakow, Lisa M. Yakow, 241 Midland Blvd, Howell, NJ 07731-1205 |
| r | + | Michael Kavaler, Century 21 Mack-Morris Iris Lurie, 47 US Highway 9, Morganville, NJ 07751-1525 |
| r | + | Stacey DiGrande, Century 21 Mack-Morris Iris Lurie, 47 US Highway 9, Morganville, NJ 07751-1525 |
| 519810967 | | ACB Receivables, 19 Main St, Asbury Park, NJ 07712-7012 |
| 519810968 | + | Advanced Endo & Surgery Center, Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 519810972 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau of Accounts Control, PO Box 538, Howell, NJ 07731-0538 |
| 519810971 | | Bureau of Account Management, Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 519810973 | | Central Jersey Emergency, PO Box 7200, Freehold, NJ 07728-7200 |
| 519810974 | + | Central Jersey Urgent Care- Howell, 731 State Route 35 Unit G, Ocean, NJ 07712-4767 |
| 519810976 | # | Comenity Capital- Forever 21, Portfolio Recovery Associates LLC, 140 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519818645 | + | FROST ARNETT AGT FOR ADVANCED ENDO & SURGERY CENTE, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 519810980 | | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519810982 | | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 519810983 | | Jersey Shore Op-Meridian Healthsystem, Certified Credit & Collection, PO Box 1750 Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519810984 | | Jersey Shore University Med Ctr, 1350 Campus Pkwy, Neptune, NJ 07753-6821 |
| 519810986 | | Jersey Shore University Medical, Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519810989 | + | Midland Funding-Victoria's Secret, PO Box 2011, Warren, MI 48090-2011 |
| 519810990 | | Mr. Cooper, PO Box 818060, Cincinnati, OH 45201 |
| 519810991 | | New Jersey E-ZPass- RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 519810992 | | New Jersey Turnpike Authority/E-Z Pass, Violations Processing Center, PO Box 52005, Newark, NJ 07101-8205 |
| 519810993 | | Pennsylvania Turnpike Commission, Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519810996 | | Princeton House Behavioral Health, 300 Clocktower Dr, Hamilton, NJ 08690-3010 |
| 519810999 | | RMC Inc-Centra State Medical Ctr, 409 Bearden Park Cir, Knoxville, TN 37919-7448 |
| 519811000 | | Scott H. Sekular, Esq., 208 Monmouth Rd, Oakhurst, NJ 07755-1568 |
| 519811004 | | Transworld Systems Inc.-Pro Health NJ, 300 Cedar Ridge Dr Ste 307, Pittsburgh, PA 15205-1159 |
| 519811005 | | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 519811007 | | Waterfall Revenue Group-Allied Digestive, 2297 Highway 33 Ste 906, Hamilton Square, NJ 08690-1717 |
| 519811008 | | Wells Fargo Bank, PO Box 3908, Portland, OR 97208-3908 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 02 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf905 | Total Noticed: 57 |

| | | | | |
|---|---|---|---|---|
| | | | Jul 02 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 02 2024 20:38:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 02 2024 20:38:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 02 2024 20:38:00 | U.S. Bank National Association, as Trustee, succes, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519810969 | ^ | MEBN | Jul 02 2024 20:38:35 | ARM Solutions, PO Box 2929, Camarillo, CA 93011-2929 |
| 519810970 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 02 2024 20:38:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519810975 | | Email/Text: bankruptcy@certifiedcollection.com | Jul 02 2024 20:39:00 | Certified Credit & Collection, PO Box 336, Raritan, NJ 08869-0336 |
| 519810977 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 02 2024 20:39:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519810979 | | Email/Text: bankruptcy@frost-arnett.com | Jul 02 2024 20:38:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 519810981 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 02 2024 20:38:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519810985 | | Email/Text: JSUMCbankruptcy@hackensackmeridian.org | Jul 02 2024 20:39:00 | Jersey Shore University Med Ctr, PO Box 417140, Boston, MA 02241-7140 |
| 519810987 | | Email/Text: admin@kinum.com | Jul 02 2024 20:39:00 | Kinum, 770 Lynnhaven Pkwy Ste 160, Virginia Beach, VA 23452-7343 |
| 519810988 | ^ | MEBN | Jul 02 2024 20:39:10 | LOGS Legal Group, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 519825444 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 02 2024 20:38:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519810995 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2024 20:43:04 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519833732 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2024 20:43:08 | Portfolio Recovery Associates, LLC, c/o Forever 21, POB 41067, Norfolk VA 23541 |
| 519810994 | ^ | MEBN | Jul 02 2024 20:39:00 | Pennslyvania Turnpike Commission, Violation Processing Center, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 519814159 | | Email/Text: bnc-quantum@quantum3group.com | Jul 02 2024 20:39:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519810997 | | Email/Text: customerservice@rcservicesllc.org | Jul 02 2024 20:38:00 | Receivable Collection Services LLC, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519810998 | | Email/Text: customerservice@rcservicesllc.org | Jul 02 2024 20:38:00 | Receivable Collection Services, LLC, 170 Jericho Tpke Ste 204, Floral Park, NY 11001-2024 |
| 519811001 | | Email/Text: clientservices@simonsagency.com | Jul 02 2024 20:39:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 519811490 | ^ | MEBN | Jul 02 2024 20:38:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519811003 | | Email/Text: blindsay@transcontinentalcredit.com | Jul 02 2024 20:38:20 | Trans-Continental Credit Collections, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519811002 | | Email/Text: bncmail@w-legal.com | Jul 02 2024 20:38:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

Case 23-10293-MBK    Doc 98    Filed 07/04/24    Entered 07/05/24 00:15:11    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 02, 2024 | Form ID: pdf905 | Total Noticed: 57 |

| 519819965 | + Email/Text: RASEBN@raslg.com | | |
|---|---|---|---|
| | | Jul 02 2024 20:38:00 | U.S. Bank National Association, c/o Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519846454 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | Jul 02 2024 20:38:00 | U.S. Bank National Association, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 519858138 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 02 2024 20:54:16 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519811006 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 02 2024 20:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519810978 | ## | Freehold Area Radiology, PO Box 6548, Freehold, NJ 07728-6548 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2024              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE ajennings@hillwallack.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jul 02, 2024 | Form ID: pdf905 | Total Noticed: 57 |

Elizabeth L. Wassall
    on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES  SERIES2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Ba ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wilmington Trust Company, as Tr ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marc C Capone
    on behalf of Joint Debtor Lisa M. Yakow ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone
    on behalf of Debtor Erik W. Yakow ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13