Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−10293−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Erik W. Yakow<br>241 Midland Blvd<br>Howell, NJ 07731−1205 | Lisa M. Yakow<br>241 Midland Blvd<br>Howell, NJ 07731−1205 |

Social Security No.:
  xxx−xx−8835                                         xxx−xx−8537

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 7, 2025.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 7, 2025
JAN: mmf

                                                                                Jeanne Naughton
                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-10293-MEH
Erik W. Yakow  Chapter 13
Lisa M. Yakow
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: May 07, 2025     Form ID: 148     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | # | Erik W. Yakow, Lisa M. Yakow, 241 Midland Blvd, Howell, NJ 07731-1205 |
| r | + | Michael Kavaler, Century 21 Mack-Morris Iris Lurie, 47 US Highway 9, Morganville, NJ 07751-1525 |
| r | + | Stacey DiGrande, Century 21 Mack-Morris Iris Lurie, 47 US Highway 9, Morganville, NJ 07751-1525 |
| cr | + | U.S. Bank National Association, as Trustee, succes, McCalla Raymer Leibert Pierce, LLC, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 519810967 | | ACB Receivables, 19 Main St, Asbury Park, NJ 07712-7012 |
| 519810968 | + | Advanced Endo & Surgery Center, Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 519810972 | ++ | BUREAU OF ACCOUNTS CONTROL, 514 BRICK BLVD, SUITE 3, BRICK NJ 08723-6088 address filed with court:, Bureau of Accounts Control, PO Box 538, Howell, NJ 07731-0538 |
| 519810971 | | Bureau of Account Management, Attn: Bankruptcy, PO Box 538, Howell, NJ 07731-0538 |
| 519810973 | | Central Jersey Emergency, PO Box 7200, Freehold, NJ 07728-7200 |
| 519810974 | + | Central Jersey Urgent Care- Howell, 731 State Route 35 Unit G, Ocean, NJ 07712-4767 |
| 519818645 | + | FROST ARNETT AGT FOR ADVANCED ENDO & SURGERY CENTE, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 519810978 | | Freehold Area Radiology, PO Box 6548, Freehold, NJ 07728-6548 |
| 519810982 | | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 519810983 | | Jersey Shore Op-Meridian Healthsystem, Certified Credit & Collection, PO Box 1750 Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519810985 | | Jersey Shore University Med Ctr, PO Box 417140, Boston, MA 02241-7140 |
| 519810984 | | Jersey Shore University Med Ctr, 1350 Campus Pkwy, Neptune, NJ 07753-6821 |
| 519810986 | | Jersey Shore University Medical, Quality Asset Recovery LLC, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 519810989 | + | Midland Funding-Victoria's Secret, PO Box 2011, Warren, MI 48090-2011 |
| 519810990 | | Mr. Cooper, PO Box 818060, Cincinnati, OH 45201 |
| 519810991 | | New Jersey E-ZPass- RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 519810992 | | New Jersey Turnpike Authority/E-Z Pass, Violations Processing Center, PO Box 52005, Newark, NJ 07101-8205 |
| 519810993 | | Pennslyvania Turnpike Commission, Professional Account Management, PO Box 1153, Milwaukee, WI 53201-1153 |
| 519810996 | | Princeton House Behavioral Health, 300 Clocktower Dr, Hamilton, NJ 08690-3010 |
| 519810999 | | RMC Inc-Centra State Medical Ctr, 409 Bearden Park Cir, Knoxville, TN 37919-7448 |
| 519811000 | | Scott H. Sekular, Esq., 208 Monmouth Rd, Oakhurst, NJ 07755-1568 |
| 519811004 | | Transworld Systems Inc.-Pro Health NJ, 300 Cedar Ridge Dr Ste 307, Pittsburgh, PA 15205-1159 |
| 519811005 | | University Radiology Group, PO Box 1075, East Brunswick, NJ 08816-1075 |
| 519811007 | | Waterfall Revenue Group-Allied Digestive, 2297 Highway 33 Ste 906, Hamilton Square, NJ 08690-1717 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | May 07 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

| | | | | |
|---|---|---|---|---|
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: nsm_bk_notices@mrcooper.com | May 07 2025 20:44:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| cr | + | Email/Text: RASEBN@raslg.com | May 07 2025 20:44:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | May 07 2025 20:44:00 | U.S. Bank National Association, as Trustee, succes, P.O. Box 619096, Dallas, TX 75261-9096 |
| 519810969 | ^ | MEBN | May 07 2025 20:38:42 | ARM Solutions, PO Box 2929, Camarillo, CA 93011-2929 |
| 519810970 | | EDI: BANKAMER | May 08 2025 00:36:00 | Bank of America, Attn: Bankruptcy, PO Box 982234, El Paso, TX 79998-2234 |
| 519810975 | | Email/Text: bankruptcy@certifiedcollection.com | May 07 2025 20:45:00 | Certified Credit & Collection, PO Box 336, Raritan, NJ 08869-0336 |
| 519810977 | | EDI: CCS.COM | May 08 2025 00:36:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 519810979 | | Email/Text: bankruptcy@frost-arnett.com | May 07 2025 20:44:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 519810980 | ^ | MEBN | May 07 2025 20:39:41 | Hackensack Meridian Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519810981 | | EDI: IRS.COM | May 08 2025 00:36:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519810987 | | Email/Text: admin@kinum.com | May 07 2025 20:45:00 | Kinum, 770 Lynnhaven Pkwy Ste 160, Virginia Beach, VA 23452-7343 |
| 519810988 | ^ | MEBN | May 07 2025 20:39:33 | LOGS Legal Group, 14000 Commerce Pkwy Ste B, Mount Laurel, NJ 08054-2242 |
| 519825444 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 07 2025 20:44:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095 |
| 519810995 | | EDI: PRA.COM | May 08 2025 00:36:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 519833732 | | EDI: PRA.COM | May 08 2025 00:36:00 | Portfolio Recovery Associates, LLC, c/o Forever 21, POB 41067, Norfolk VA 23541 |
| 519810994 | ^ | MEBN | May 07 2025 20:39:25 | Pennslyvania Turnpike Commission, Violation Processing Center, 300 E Park Dr, Harrisburg, PA 17111-2729 |
| 519814159 | | EDI: Q3G.COM | May 08 2025 00:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519810997 | | Email/Text: customerservice@rcservicesllc.org | May 07 2025 20:45:00 | Receivable Collection Services LLC, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519810998 | | Email/Text: customerservice@rcservicesllc.org | May 07 2025 20:45:00 | Receivable Collection Services, LLC, 170 Jericho Tpke Ste 204, Floral Park, NY 11001-2024 |
| 519811001 | | Email/Text: clientservices@simonsagency.com | May 07 2025 20:45:00 | Simon's Agency, Inc., Attn: Bankruptcy, PO Box 5026, Syracuse, NY 13220-5026 |
| 519811490 | ^ | MEBN | May 07 2025 20:38:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519811003 | | Email/Text: blindsay@transcontinentalcredit.com | May 07 2025 20:44:00 | Trans-Continental Credit Collections, 200 E Post Rd Ste 130, White Plains, NY 10601-4959 |
| 519811002 | | EDI: WTRRNBANK.COM | May 08 2025 00:36:00 | Target, c/o Financial & Retail Services Mailstop, PO Box 9475, Minneapolis, MN 55440-9475 |

Case 23-10293-MEH    Doc 121    Filed 05/09/25    Entered 05/10/25 00:13:47    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: 148 | Total Noticed: 59 |

| 519819965 | + Email/Text: RASEBN@raslg.com | | |
|---|---|---|---|
| | | May 07 2025 20:44:00 | U.S. Bank National Association, c/o Robertson, Anschutz, Schneid, Crane, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519846454 | + Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | May 07 2025 20:44:00 | U.S. Bank National Association, c/o Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas, TX 75261-9096 |
| 520326385 | + Email/Text: RASEBN@raslg.com | | |
| | | May 07 2025 20:44:00 | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519858138 | + EDI: AIS.COM | | |
| | | May 08 2025 00:36:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519811006 | EDI: VERIZONCOMB.COM | | |
| | | May 08 2025 00:36:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 519811008 | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | May 08 2025 01:14:21 | Wells Fargo Bank, PO Box 3908, Portland, OR 97208-3908 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. Bank National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 519810976 | ## | Comenity Capital- Forever 21, Portfolio Recovery Associates LLC, 140 Corporate Blvd, Norfolk, VA 23502-4952 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2025              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Charles G. Wohlrab | on behalf of Creditor U.S. Bank National Association bkecf@friedmanvartolo.com  cwohlrab@ecf.courtdrive.com |
| Cory Francis Woerner | on behalf of Creditor U.S. Bank National Association cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, SUCCESSOR IN INTEREST TO |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: May 07, 2025 | Form ID: 148 | Total Noticed: 59 |

WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE cwoerner@raslg.com

Denise E. Carlon

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall

on behalf of Creditor LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES2007-6, U.S. Bank National Association, as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Ba ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGE ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wilmington Trust Company, as Tr ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Kenneth Borger, Jr

on behalf of Creditor U.S. Bank National Association kborger@raslg.com

Laura M. Egerman

on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wilmington Trust Company, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merge laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Marc C Capone

on behalf of Joint Debtor Lisa M. Yakow ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Marc C Capone

on behalf of Debtor Erik W. Yakow ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;mcapone@ecf.courtdrive.com;jgillman@ecf.courtdrive.com

Sindi Mncina

on behalf of Creditor U.S. Bank National Association smncina@raslg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17